IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID AZIZPOR, an individual; ARTEMIO ANGEL, an individual; DANIEL WEST, an individual; EDWARD SHUBIN, an individual; ROBERT GREGORY, an individual; and RONALD BLUHM, an individual; each as an individual and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina corporation; and DOES 1-50 inclusive,<br><br>    Defendant. | CASE NO. 3:23-cv-00452-LL-MMP<br><br>**ORDER GRANTING JOINT MOTION TO APPROVE INDIVIDUAL SETTLEMENT AND VOLUNTARILY DISMISS CASE AS TO RONALD BLUHM, JUAN RODRIGUEZ, ERIC GREIMANN**<br><br>**[ECF NO. 74]** |

The Court, having reviewed and considered the parties' Joint Stipulation and Motion to Approve Individual Settlement and Voluntarily Dismiss Case [ECF No. 74], and for good cause shown, hereby **GRANTS** the Joint Motion and **ORDERS** as follows:

(1) The individual claims of Plaintiffs David Azizpor, Artemio Angel, Daniel West, Edward Shubin, Robert Gregory, Alexandria Blackwell, Bryant Hernandez, Charlene Cannon, Lisa Leon, and Natalie Sandoval shall remain but with deadlines currently stayed pending settlement [ECF No. 71];

(2) The individual claims of Plaintiffs Ronald Bluhm, Juan Rodriguez, and Eric Greimann, including as to their individual claims brought pursuant to the Fair Labor Standards Act, are dismissed *with* prejudice, and without prejudice as to the rights of any other current or former Lowe's employees;

(3) All active claims asserted in this action are dismissed in their entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

To the extent the parties request the undersigned to retain jurisdiction over the settlement [ECF No. 74 at 19], the Court **DECLINES**. Ten Plaintiffs remain in this action. If the parties wish Judge Pettit to retain jurisdiction over the settlement, all parties and counsel must sign the appropriate form and lodge it with the undersigned for approval once all claims are settled. The form is attached to this Order for the parties' convenience.

**IT IS SO ORDERED.**

Dated: December 23, 2024

Honorable Linda Lopez
United States District Judge

# ATTACHMENT 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| [Plaintiff], | Plaintiff(s) | CONSENT TO EXERCISE OF SETTLEMENT JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |
| vs. | | |
| [Defendant], | Defendant(s) | Case No.: [Case Number] |

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Judge Michelle M. Pettit to decide:

(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,

(2) all disputes arising out of the terms of the settlement agreement once completed;

AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be **FINAL AND BINDING, WITH NO APPEAL.** Magistrate Judge Pettit shall retain jurisdiction until [Length of Juris 6 months out].

The parties intend to provide Magistrate Judge Pettit with plenary authority to achieve finality regarding disputes, reduce the risk of future litigation, and provide a venue to solve disputes with a minimum of expense. As part of her authority, Magistrate Judge Pettit may impose any sanction or penalty she deems appropriate, which, in her sole discretion, she believes is commensurate with the nature and severity of the dispute and resolution thereof. This authority includes, but is not limited to, monetary and/or injunctive relief and discretion to impose sanctions or penalties including imposition of any sanction up to and including contempt of court, pursuant to 28 U.S.C. §636(e).

| Signatures of All Parties **and** Attorneys | Date |
|---|---|
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |
| circle one each: (Plaintiff/Defendant) and (Attorney/Client) | |

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Michelle M. Pettit, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73 and the foregoing consent of the parties.

| | |
|---|---|
| Date | United States District Judge |