GIBSON, DUNN & CRUTCHER LLP
MICHELE L. MARYOTT, SBN 191993
　mmaryott@gibsondunn.com
KATIE M. MAGALLANES, SBN 300277
　kmagallanes@gibsondunn.com
3161 Michelson Drive
Suite 1200
Irvine, California  92612-4412
Telephone:  949.451.3800
Facsimile:   949.451.4220

GIBSON, DUNN & CRUTCHER LLP
KATHERINE V.A. SMITH, SBN 247866
　ksmith@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:  213.229.7000
Facsimile:   213.229.7520

GIBSON, DUNN & CRUTCHER LLP
JOSEPH R. ROSE, SBN 279092
　JRose@gibsondunn.com
One Embarcadero Center
Suite 2600
San Francisco, California 94111-3715
Telephone:  415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
LOWE'S HOME CENTERS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID AZIZPOR, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LOWE'S HOME CENTER, LLC, a North Carolina corporation; and DOES 1-50 inclusive,<br><br>　　　　Defendant. | CASE NO. 3:23-cv-00452-LL-MMP<br><br>[*Consolidated with* 3:23-cv-00461-LL-MMP]<br><br>**JOINT STIPULATION VOLUNTARILY DISMISSING CASE WITH PREJUDICE**<br><br>Date Action Filed:    January 6, 2023 |

Gibson, Dunn & Crutcher LLP

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs David Azizpor, Artemio Angel, Daniel West, Edward Shubin, Robert Gregory, Alexandria Blackwell, Bryant Hernandez, Charlene Connon, Lisa Leon, and Natalie Sandoval (collectively, "Plaintiffs") and Defendant Lowe's Home Centers, LLC ("Defendant"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on January 6, 2023, Plaintiffs David Azizpor, Artemio Angel, Daniel West, Edward Shubin, and Robert Gregory filed their Class, Collective, and Representative Complaint (Dkt. 1);

WHEREAS, on January 31, 2023, Plaintiffs Alexandria Blackwell, Bryant Hernandez, Charlene Connon, and Lisa Leon, also represented by Plaintiffs' counsel in this action, filed a duplicative Class, Collective, and Representative Complaint in the case captioned *Rodriguez v. Lowe's Home Centers, LLC*, Case No. 3:23-cv-00453-MMC (N.D. Cal.) ("*Rodriguez*");

WHEREAS, on February 28, 2023, the *Azizpor* parties filed a Joint Stipulation to Submit Certain Claims to Individual Arbitration, in which Plaintiffs Azizpor, Angel, West, Shubin, and Gregory stipulated to submit their individual claims to arbitration, and agreed the Court should retain jurisdiction solely to confirm/vacate any arbitration award and therefore requested a stay as to those claims (Dkt. 27), which was granted by the Court on March 1, 2023 (Dkt. 30);

WHEREAS, on February 28, 2023, the *Rodriguez* parties filed a Joint Stipulation to Submit Certain Claims to Individual Arbitration, in which Plaintiffs Blackwell, Connon, Hernandez, Leon, Butts, and Garcia stipulated to submit their individual claims to arbitration, and agreed the Court should retain jurisdiction solely to confirm/vacate any arbitration award and therefore requested a stay as to those claims, and in which Plaintiff Islas agreed to voluntarily dismiss her claims, which was granted by the *Rodriguez* Court on March 1, 2023;

WHEREAS, on June 7, 2023, the parties filed a Joint Stipulation and Motion to Consolidate Actions, requesting that this action be consolidated with the *Rodriguez* action (Dkt. 44);

WHEREAS, on June 9, 2023, the Court issued an Order approving the parties' Joint Stipulation and Motion, consolidating this action with *Rodriguez*, and designating this action as the lead case such that all further filings were to be made in this action (Dkt. 45);

WHEREAS, on August 4, 2023, Plaintiffs filed their Second Amended Consolidated Class, Collective, and Representative Complaint, which added the individual claims of Natalie Sandoval to this action (Dkt. 52);

WHEREAS, on October 7, 2024, Plaintiffs filed their operative Third Amended Consolidated Class, Collective, and Representative Complaint (Dkt. 69);

WHEREAS, on December 20, 2024, the parties filed a Joint Motion to Approve Individual Settlement and Voluntarily Dismiss Case (Dkt. 74);

WHEREAS, on December 23, 2024, the Court approved the parties' Joint Motion to Approve Individual Settlement and Voluntarily Dismiss Case, ordering that (1) the individual claims of Plaintiffs David Azizpor, Artemio Angel, Daniel West, Edward Shubin, Robert Gregory, Alexandria Blackwell, Bryant Hernandez, Charlene Connon, Lisa Leon, and Natalie Sandoval shall remain stayed pending arbitration, and (2) the individual claims of Ronald Bluhm, Juan Rodriguez, and Eric Greimann, are dismissed with prejudice (Dkt. 76);

WHEREAS, following the Court's December Order (Dkt. 76), Defendant and all remaining Plaintiffs in this action—David Azizpor, Artemio Angel, Daniel West, Edward Shubin, Robert Gregory, Alexandria Blackwell, Bryant Hernandez, Charlene Connon, Lisa Leon, and Natalie Sandoval—executed confidential settlement agreements and general releases, whereby the parties agreed to file this stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that
2  Plaintiffs' Complaint is dismissed with prejudice pursuant to Federal Rule of Civil
3  Procedure 41(a)(1)(A)(ii).

5  DATED: February 12, 2025       GIBSON, DUNN & CRUTCHER LLP
                                  MICHELE L. MARYOTT
6                                 KATHERINE V.A. SMITH
                                  JOSEPH R. ROSE
7                                 KATIE M. MAGALLANES

9                                 By: */s/ Katie M. Magallanes*
                                      Katie M. Magallanes

11                                Attorneys for Defendant
                                  LOWE'S HOME CENTERS, LLC

12 DATED:  February 12, 2025      SCHNEIDER WALLACE COTTRELL
                                  KONECKY LLP
13                                CAROLYN H. COTTRELL
                                  ORI EDELSTEIN

16                                By: */s/ Ori Edelstein*
                                      Ori Edelstein

18                                Attorneys for Plaintiffs and all others
                                  similarly situated

## SIGNATURE OF CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the contents of this document are acceptable to counsel for Plaintiffs, and that I have obtained all necessary authorizations to affix Plaintiffs' counsel's electronic signature to the document.

Dated: February 12, 2025

*/s/ Katie M. Magallanes*
Katie M. Magallanes