UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID AZIZPOR, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 23cv452-LL-MMP<br>[*consolidated with* 23cv461-LL-MMP]<br><br>**ORDER GRANTING JOINT STIPULATION VOLUNTARILY DISMISSING CASE WITH PREJUDICE**<br><br>[ECF No. 77] |

　　　The Court, having reviewed and considered the parties' Joint Stipulation Voluntarily Dismissing Case with Prejudice [ECF No. 77], and finding good cause, **GRANTS** the Joint Motion and **ORDERS** as follows:

　　　1.　　Plaintiffs' Complaint is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　2.　　The Clerk of Court shall close this consolidated action.

　　　**IT IS SO ORDERED.**

Dated: February 13, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Linda Lopez
　　　　　　　　　　　　　　　　　　United States District Judge